UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENDRICK D. LATHAM,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 04-cv-4086-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Kendrick D. Latham's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Kendrick D. Latham, and that this case is dismissed with prejudice.

DATED:  January 11, 2007

NORBERT JAWORSKI

    s/Brenda K. Lowe
    **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**